COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case names:   The Better Business Bureau of Metropolitan Houston, Inc., The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parson, Chris Church, Church Enterprise, Inc., Gary Milleson, Ronald N. McMillan, D'Artagnan Bebel, Mark Goldie, Charlie Hollis, and Steven Lufburrow v. John Moore Services, Inc. and John Moore Renovation, LLC

John Moore Services, Inc. and John Moore Renovation, LLC v. The Better Business Bureau of Metropolitan Houston Inc.

Appellate case numbers:   01-14-00687-CV; 01-14-00906-CV

Trial court case numbers:  2013-76215; 2012-35162

Trial court:                269th District Court of Harris County


As discussed during oral argument this morning in Case Number 01-14-00906-CV, *John Moore Services, Inc. and John Moore Renovation, LLC v. The Better Business Bureau of Metropolitan Houston Inc.*, the Court requests that the parties identify by letter to this Court any additional authority which has issued since the parties' briefs were filed and which is relevant to the disposition of either Case Number 01-14-00687-CV or Case Number 01-14-00906-CV. These letters must be filed no later than **Friday, January 22, 2016.**

It is so **ORDERED**.


Judge's signature: /s/ Michael Massengale
                              Acting for the Court

                    Panel consists of Justices Keyes, Bland, and Massengale


Date:  January 12, 2016